MARIO SOCCORRO MARTINEZ V. STATE

07-00-0286-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

AUGUST 31, 2000, 

______________________________

MARIO SOCCORRO MARTINEZ,

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE COUNTY COURT AT LAW NO. ONE OF 
POTTER COUNTY;

NO. 88696; HON. W.F. “CORKY” ROBERTS, PRESIDING

_______________________________

ON APPELLANT’S MOTION TO DISMISS

________________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

Pending before the court is the motion of Mario Soccorro Martinez to withdraw his notice of appeal.  The motion has been filed before we have rendered a decision in this case.  Furthermore, it is signed by his counsel of record.  Because all the conditions prerequisite to the voluntary dismissal of the appeal have been met, we grant the motion.

Accordingly, the appeal is dismissed pursuant to Texas Rule of Appellate Procedure 42.2(a).  Because the proceeding has been voluntarily dismissed at the request of the appellant, we will entertain no motion for rehearing and our mandate shall issue forthwith.

Per Curiam

Do not publish.